MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 South Virginia Street
8th Floor
Reno, NV  89501
Telephone:  775.440.2372
Fax:  775.440.2376

*Attorneys for Defendant Williams Scotsman, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FUHRMANN, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS SCOTSMAN, INC., a Maryland Corporation,<br><br>Defendants. | 2:15-cv-00439-RFB-CWH<br><br>**DEFENDANT'S MOTION FOR EXCEPTION TO ENE ATTENDANCE REQUIREMENTS** |

Defendant Williams Scotsman, Inc. ("Williams Scotsman" and/or "Company"), by and through its counsel, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby respectfully requests an exception to the ENE attendance requirements.  The parties have discussed the attendance of Williams Scotsman's representative, and Plaintiff's counsel has indicated that they are amenable to having the Williams Scotsman's representative appear telephonically and be available via phone for the duration of the ENE.

Williams Scotsman made every attempt to have a representative available in person for the July 8, 2015, ENE conference.  However, the Vice President of Human Resources is exiting the Company that same month and is not available to travel that day.  The Director of Human Resources is unable to travel that week due to family obligations.   However, she is available via telephone for the duration of the ENE conference and will have full authority to settle this matter if

the parties are able to agree to a resolution. In addition, the parties have discussed the issues with attendance in person by Williams Scotsman. While the parties explored getting another date for the ENE, we understand that the Court is extremely busy and unable to schedule an ENE until this fall. As such, the parties would like to keep the July 8, 2015, date and, therefore, Williams Scotsman respectfully requests to have Williams Scotsman's Director of Human Resources, Marti Fuller, attend telephonically.

DATED this 24th day of June, 2015.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Molly Rezac
Molly M. Rezac
200 South Virginia Street
8th Floor
Reno, NV 89501
Telephone: 775.440.2372

*Attorneys for Defendant Williams Scotsman, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 6-26-2015

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Michael P. Balaban**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby further certify that service of the foregoing **Defendant's Motion for Exception to ENE Attendance Requirements** was also made this day by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to the following:

Michael P. Balaban
Law Offices of Michael P. Balaban
10726 Del Rudini Street
Las Vegas, NV 89141

*Attorneys for Plaintiff*

DATED this 24th day of June, 2015.

                                              /s/ Darhyl Kerr
                                              An Employee of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.