MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 South Virginia Street
8th Floor
Reno, NV 89501
Telephone: 775.440.2372
Fax: 775.440.2376

*Attorneys for Defendant Williams Scotsman, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FUHRMANN, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS SCOTSMAN, INC., a Maryland Corporation,<br><br>Defendants. | Case No.: 2:15-cv-00439-RFB-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Michael Fuhrmann, and Defendant Williams Scotsman, Inc., by and through their respective counsel, that the above-entitled action shall be and hereby is dismissed with prejudice in its entirety.

//
//
//
//
//
//
//
//

Each party shall bear its own fees and costs.

Dated this 4th day of August, 2015.

| | |
|---|---|
| LAW OFFICES OF MICHALE P. BALABAN | OGLETREE, DEAKINS, NASH, SMAOK & STEWART, P.C. |
| /s/ Michael P. Balaban | /s/ Molly Rezac |
| Michael P. Balaban<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>Telephone: 702.586-2964<br>*Attorney for Plaintiff* | Molly M. Rezac<br>200 South Virginia Street<br>8th Floor<br>Reno, NV 89501<br>Telephone: 775.440.2372<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 26th of August, 2015.

21941021.1